UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
H&H ACQUISITION CORPORATION,              :
individually and on behalf of             :
FINANCIAL INTRANET, INC.,                 :
                                          :
              Plaintiff,                  :
                                          :
FINANCIAL INTRANET HOLDINGS,              :
FINANCIAL INTRANET, INC., BEN B. STEIN,   : 98 Civ. 5269(BSJ)(HBP)
INTERWEST TRANSFER COMPANY,               :
STEVEN A. SANDERS, MICHAEL SHEPPARD,      :     **ORDER**
MAURA MARX, HENRY SCHWARTZ,               :
LEONARD GOTSHALK, GOTSHALK ENTERPRISES,   :
LAW OFFICE OF STEVEN A. SANDERS, P.C.,    :
and BECKMAN, MILLMAN & SANDERS, L.L.P.,   :
                                          :
              Defendants.                 :
------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Plaintiff and the remaining Defendants in this case—Financial Intranet Holdings, Ben B. Stein, Leonard Gotshalk, and Gotshalk Enterprises—are directed to appear before this Court for a conference on November 16, 2009 at 2:30 p.m. at Courtroom 17C at 500 Pearl Street, New York, New York, 10007.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         October 29, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09

1